IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARC T. CRAIN                                                                                       PLAINTIFF

v.                                          No. 4:21-cv-367-DPM

FIRST SECURITY BANK, Marc
Crain Irrevocable Trust Bank;
REYNIE RUTLEDGE, Bank Owner;
JOHN RUTLEDGE, Bank President;
LARRY P. CRAIN, Trust Designer's
Coop Partner                                                                                       DEFENDANTS

ORDER

The Court is working on the issues raised in the motions to dismiss. Marc Crain's motion for summary judgment, Doc. 22, is denied without prejudice as premature — the case is just starting. The motions to stay responses to the motion for summary judgment, Doc. 23 & 24, are denied as moot. Marc Crain moves for time to hire a lawyer and consider seeking a change of venue. This motion, Doc. 21, is denied as unnecessary: he may hire counsel at any time; and he may seek a change of venue within a reasonable time.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 September 2021