IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARC T. CRAIN                                                                   PLAINTIFF

v.                       No. 4:21-cv-367-DPM

FIRST SECURITY BANK;
REYNIE RUTLEDGE; JOHN RUTLEDGE;
and LARRY P. CRAIN                                    DEFENDANTS

ORDER

Motion, *Doc. 38*, granted as modified. Blake C. Speights is relieved as counsel for the Larry P. Crain. Nickolas W. Dunn must enter his appearance.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

11 January 2022