IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARC T. CRAIN     PLAINTIFF

v.     No. 4:21-cv-367-DPM

FIRST SECURITY BANK, Marc
Crain Irrevocable Trust Bank;
REYNIE RUTLEDGE, Bank Owner;
JOHN RUTLEDGE, Bank President;
LARRY P. CRAIN, Trust Designer's
Coop Partner     DEFENDANTS

### ORDER

Marc Crain's motion, *Doc. 43*, is denied. Whether to pursue criminal charges is a decision for prosecutors. Larry Crain's motion to strike, *Doc. 44*, is denied; a motion is not a pleading. FED. R. CIV. P. 7 & 12(f).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 May 2022